WALTER H. SLOANE, as Executor of MATILDA SLOANE, Deceased, Respondent, *v.* EMMA F. MULVANEY, as General Guardian of CLAIRE N. MULVANEY, et al., Appellants.

*Sloane* v. *Mulvaney*, 163 App. Div. 856, affirmed.
(Argued March 13, 1917; decided March 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought to recover the proceeds of the foreclosure of a mortgage originally held by the plaintiff as trustee, and by him assigned to the defendant as general guardian, it being alleged that said assignment was fraudulently obtained by one Murphey, since deceased, who was attorney for both plaintiff and defendant guardian; that it was made without consideration, and that the defendant guardian did not give value therefor, and took the same with knowledge and notice of the fraud. The defendants denied knowledge or information as to the alleged fraud, denied that the assignment was without consideration, and denied that the defendant guardian took it without value and with notice.

*Louis J. Vorhaus, Charles Goldzier* and *Edward Kaufmann* for appellants.

*Archibald M. Maclay* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.    Absent: CUDDEBACK, J.